United States Bankruptcy Court
Western District of New York

In re: Darryl L. Ciccaglione　　　　　　　　　　　　　　　　Chapter 13 #19-20255

# Order Avoiding Judicial Lien

**At Rochester**, New York in the said district, upon application by the Debtor pursuant to 11 U.S.C. 522(f) for an Order avoiding the judicial lien of the following creditor in the following amount:

Creditor: **LVNV Funding LLC**
Address: 6801 S. Cimarron Road, Ste 424-J
Las Vegas NV 89113
Judgement amount: $3,387.13
Court: Monroe County Supreme Court
Index #E2017001366
Docketed date: 12/2/2018
Name and Address of Attorney of Record: Stephen Einstein, Esq.; Stephen Einstein & Associates; 39 Broadway Suite 1250; New York NY 10006

**Now**, upon the notice of motion and affirmation of Peter Scribner, Esq., attorney for Debtor, dated February 28, 2020, and proof of service thereof upon the Trustee, and upon the Office of the United States Trustee, and upon the creditor listed above, and their attorneys of record, and no other papers having been filed in opposition thereto, and after scheduling a hearing on the motion on March 26, 2020, and with no one appearing in opposition thereto, and after due deliberation having been had, it is

**ORDERED**, that the motion be, and the same is hereby granted and that the judicial lien listed above, which impair(s) the Homestead exemption of the Debtor as such exemption applies to 67 Indiana St., Rochester NY (County of Monroe), are hereby declared extinguished, null and void; and said property affected by said lien is hereby discharged from such lien; and it is

**ORDERED**, that title to and possession of the property affected by said lien shall be discharged from said lien; and it is further

**ORDERED**, that this Order is subject to the provisions of 11 U.S.C. sec. 349(b)(1) which statute automatically reinstates the above lien if the debtor's case is dismissed without the Court having ordered a different result.

DATED: March 26, 2020　　　　　　　　　　_____/s/_____
　　　Rochester, NY　　　　　　　　　　　　　　HON. PAUL R. WARREN
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge