B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Western District of New York

In re _____Darryl L. Ciccaglione_____,     Case No. _2-19-20255-PRW_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMTP Trust, Series 2021 BKM-TT        Wells Fargo Bank, N.A.
_____        _____
Name of Transferee        Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): __8-1__
should be sent:     Amount of Claim: __$75,888.12__
     Rushmore Loan Management Services     Date Claim Filed: __05/23/2019__
     P.O. Box 55004
     Irvine, CA 92619-2708

Phone: ____888-504-6700____     Phone: ____800-274-7025____
Last Four Digits of Acct #: ____3732____     Last Four Digits of Acct. #: ____2474____

Name and Address where transferee payments
should be sent (if different from above):
     Rushmore Loan Management Services
     P.O. Box 52708
     Irvine, CA 92619-2708
Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Katherine Heidbrink_____     Date: _03/31/21_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____Western_____ District Of _____New York_____

In re ___Darryl L. Ciccaglione___ ,   Case No. __2-19-20255-PRW__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __8-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

Wells Fargo Bank, N.A.

Name of Transferee

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

Address of Alleged Transferor:

Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Address of Transferee:

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                  **CLERK OF THE COURT**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
: 
IN RE: : CASE NO.: 2-19-20255-PRW
: CHAPTER: 13
Darryl L. Ciccaglione, :
:
:
Debtor. : HON. JUDGE: Warren, U.S.B.J.
:
:
:
:
:
:
:
:
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     On April 15, 2021, I caused to be served a true copy of the annexed **TRANSFER OF CLAIM by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Katherine Heidbrink

FRIEDMAN VARTOLO LLP

1325 Franklin Avenue, Ste. 160

Garden City, New York 11530

T: (212) 471-5100

F: (212) 471-5150

# SERVICE LIST

Darryl L. Ciccaglione
67 Indiana St.
Rochester, NY 14609-7435
***Debtor***

Peter Scribner
Law Office of Peter Scribner
1110 Park Avenue
Rochester, NY 14610
***Debtor`s Attorney***

George M. Reiber
3136 S. Winton Road, Suite 206
Rochester, NY 14623
***Trustee***